UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| DEBORAH S. NORTON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 1:09-CV-234 |
| ) | |
| MICHAEL J. ASTRUE, ) | Judge Collier / Judge Carter |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

# ORDER

On May 11, 2010, United States Magistrate Judge William B. Mitchell Carter filed a report and recommendation ("R&R") in this case, pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b) (Court File No. 24). Neither party has objected to the R&R within the given fourteen (14) days.

After reviewing the record, this Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations (Court File No. 24). Plaintiff's motion for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) is **GRANTED** (Court File No. 21). Plaintiff is awarded attorney's fees in the amount of $3,870.68 and filing fees in the amount of $350.00, for a total award of $4,220.68.

**SO ORDERED.**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**